UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Mirel Landau** individually
and all other similarly situated consumers,

    Plaintiff,

v.

**GC Services Limited Partnership**

    Defendant.

_____/

STIPULATION OF DISMISSAL

Case No. 1:18-cv-05060-ENV-PK

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/30/2019

Dated this 29th day of April 2019.

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY 11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Emily Bab Kirsch
Emily Bab Kirsch, Esq.
KIRSCH & NIEHAUS
150 East 58th Street, 22nd Floor
New York, NY 10155
O: 212-832-0170
M: 917-744-2888
Emily.kirsch@kirschniehaus.com

Attorneys for Defendant

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.